S. YOUNG LIM (SBN 126679)
**PARK & LIM**
3435 Wilshire Blvd., Suite 2920
Los Angeles, California  90010
Telephone:   (213) 386-5595
Facsimile:   (213) 384-7110
Email:         young@parkandlim.com

Attorneys for Plaintiff and Counter-Defendant
**FIRST INTERCONTINENTAL BANK**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST INTERCONTINENTAL BANK, a Georgia State-Chartered Federally Insured Bank,<br><br>            Plaintiff,<br><br>     v.<br><br>AEHCC, LLC, a Colorado limited liability company; CHRISTINA AHN, an individual; EDWARD AHN, an individual; HELEN AHN, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: CV11-08764 RGK (PLAx)<br><br>Honorable R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT** |

### [PROPOSED] JUDGMENT

Plaintiff First Intercontinental Bank ("Plaintiff") filed a Motion for Summary Judgment ("Motion") against Defendants AEHCC, LLC, Edward Ahn and Helen Ahn on November 2, 2012.  The Motion was taken under submission.

After full consideration of the evidence, and the written submission by the parties, the Court finds that there is no triable issue of material fact as to Plaintiff's

1  causes of action for (1) breach of loan agreement against AEHCC, LLC, (2) breach of
2  guaranty against Edward Ahn, and (3) breach of guaranty against Helen Ahn.
3  Therefore, Plaintiff is entitled to judgment as a matter of law.
4     NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREEED that
5  said Plaintiff First Intercontinental Bank have and recover from Defendants AEHCC,
6  LLC, a Colorado limited liability company, Edward Ahn, an individual, and Helen
7  Ahn, an individual, jointly and severally, the sum of $2,264,364.94, which consists of
8  the principal sum of $1,893,086.99 plus accrued interest of $371,277.95, together with
9  attorneys' fees of $197,734.27, and post-judgment interest thereon.

11 Dated: February 19, 2013         _____
12                                    JUDGE OF THE US DISTRICT COURT