Helen B. Kim, Esq. (State Bar No. 138209)
hkim@tocounsel.com
Antony Buchignani, Esq. (State Bar No. 186528)
tbuchignani@tocounsel.com
THEODORA ORINGHER PC
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California 90024-4101
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

**NOTE CHANGES MADE BY THE COURT.**

Attorneys for Defendant
CHRISTINA AHN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST INTERCONTINENTAL BANK, a Georgia State-Chartered Federally Insurance Bank,<br><br>Plaintiff,<br><br>vs.<br><br>AEHCC, LLC, a Colorado limited liability company; CHRISTINA AHN, an individual; EDWARD AHN, an individual; HELEN AHN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV11-08764 RGK (PLAx)<br>Honorable R. Gary Klausner<br><br>COUNTER [PROPOSED] JUDGMENT |

## COUNTER [PROPOSED] JUDGMENT

On November 2, 2012, Plaintiff First Intercontinental Bank ("Plaintiff") filed a Motion for Summary Judgment ("Motion") against Defendants Christina Ahn, AEHCC, LLC, Edward Ahn and Helen Ahn. The Motion was taken under submission.

After full consideration of the evidence and the written submissions by the parties, the Court finds there is no triable issue of material fact as to Plaintiff's causes of action for (1) breach of loan agreement against Christina Ahn and AEHCC, LLC; (2) breach of guaranty against Edward Ahn, and (3) breach of guaranty against Helen Ahn.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that on Plaintiff's Motion against Defendant Christina Ahn, Defendant Christina Ahn is the prevailing party and is entitled to judgment as a matter of law. ~~plus reasonable attorneys' fees and costs. Defendant Christina Ahn shall file a motion for attorneys' fees and costs pursuant to Rule 54 within seven days.~~

~~IT IS FURTHER ORDERED that on Plaintiff's Motion against Defendants AEHCC, LLC, Edward Ahn and Helen Ahn, Plaintiff is the prevailing party and is entitled to judgment as a matter of law. Plaintiff shall have and recover from Defendants AEHCC LLC, Edward Ahn and Helen Ahn, jointly and severally, the principal sum of $1,895,086.99 and attorney's fees of $197,734.27.~~

~~IT IS FURTHER ORDERED THAT~~ If & Defendent Christina Ahn seeks attorneys' fees, she must do so through a regularly noticed motion

DATED: FEB 25 2013, 2013

_____
JUDGE OF THE U.S. DISTRICT COURT